UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIO RUALES,

    Plaintiff,

v.                                                   Case No. 6:22-cv-301-RBD-GJK

FIRST NATIONAL COLLECTION
BUREAU, INC.,

    Defendant.
_____

## ORDER

This cause is before the Court on Defendant's Unopposed Motion to Stay (Doc. 18 ("Motion")) pending the decision in *Hunstein v. Preferred Collection and Management Services, Inc.*, 17 F.4th 1016 (11th Cir.), *reh'g en banc granted, opinion vacated*, 17 F.4th 1103 (11th Cir. 2021). In light of Defendant's representation and the overlapping issues between the cases, this matter is due to be stayed.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     Defendant's Motion (Doc. 18) is **GRANTED**.

2.     This action is **STAYED**.

3.     On **Monday, April 25, 2022**, and every sixty days thereafter, Defendant is **DIRECTED** to provide a status report to the Court

regarding *Hunstein*.

4. Defendant must immediately notify the Court upon final decision of *Hunstein*.

5. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 23, 2022.

_____
ROY B. DALTON JR.
United States District Judge